UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOSEPH SANDERS                                CIVIL ACTION NO. 16-0413-P

VERSUS                                                  JUDGE S. MAURICE HICKS, JR.

JERRY GOODWIN                                MAGISTRATE JUDGE HAYES

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is hereby **DENIED AND DISMISSED WITH PREJUDICE** as time-barred pursuant to 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 23rd day of August, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE